# Exhibit 1

Steven A. Caloiaro (Bar No. 284410)
scaloiaro@dickinson-wright.com
Dickinson Wright PLLC
100 West Liberty Street, Suite 940
Reno, NV 89501
Tel: (775) 343-7506
Fax: (844) 670-6009

John S. Artz (Admitted Pro Hac Vice)
jsartz@dickinsonwright.com
Dickinson Wright PLLC
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
Tel: (248) 433-7200
Fax: (844) 670-6009

*Attorneys for Defendant Ontel Products Corporation*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| GUY A. SHAKED INVESTMENTS LTD. and DAFNI HAIR PRODUCTS, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ONTEL PRODUCTS CORPORATION, <br><br> Defendant. | Case No.: 2:19-cv-10592 <br><br> **DECLARATION OF CAROLINE KINSEY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(3) OR, IN THE ALTERNATIVE, TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1406(a)** |

I, CAROLINE KINSEY, hereby declare as follows:

1. I am employed as general counsel to Ontel Products Corporation ("Ontel"), the named defendant in the above-captioned matter. I have personal knowledge of all facts addressed herein and am competent to testify if called upon to do so.

2. I submit this declaration in support of Ontel's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(3) or, in the Alternative, to Transfer Venue Pursuant to 28 U.S.C. § 1406(a).

3. Ontel has no office, employees, or place of business in this District, or the state of California.

4. Ontel does not own, rent, or lease property located in Pacoima, California.

5. Ontel Products, LLC, a different entity from the named defendant Ontel Products Corporation, was organized in 1997 under the laws of California.

6. In 2002, Ontel Products, LLC reported to the Office of the Secretary of State of the State of California that its principal executive office was located in San Marcos, California at 120 Mata Way, Suite 102.

7. Ontel Products, LLC was dissolved on July 30, 2008.

8. On November 08, 2005, Ontel filed a Statement and Designation by Foreign Corporation with the Office of the Secretary of State of the State of California.

9. In its Statement and Designation by Foreign Corporation, Ontel represented its principal executive office was located in Fairfield, New Jersey.

10. It also wrote "N/A" beside the statement requesting the address of Ontel's principal office in the State of California.

11. To date, to the best of my knowledge, Ontel, the named defendant in the above-captioned matter, has never represented to the State of California that it has a principal office, or any office, in the State of California.

12. This is because Ontel has no physical presence in the state of California. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 11th day of February 2020.

_____
Caroline Kinsey