# EXHIBIT 1

# EXHIBIT 1

Steven A. Caloiaro (Bar No. 284410)
scaloiaro@dickinson-wright.com
Dickinson Wright PLLC
100 West Liberty Street, Suite 940
Reno, NV 89501
Tel: (775) 343-7506
Fax: (844) 670-6009

John S. Artz (Admitted Pro Hac Vice)
jsartz@dickinsonwright.com
Dickinson Wright PLLC
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
Tel: (248) 433-7200
Fax: (844) 670-6009

*Attorneys for Defendant Ontel Products Corporation*

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| GUY A. SHAKED INVESTMENTS LTD. and DAFNI HAIR PRODUCTS, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>ONTEL PRODUCTS CORPORATION,<br><br>Defendant. | Case No.: 2:19-cv-10592<br><br>**DECLARATION OF MICHAEL WADE IN SUPPORT OF DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(3) OR, IN THE ALTERNATIVE, TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1406(a)** |

I, MICHAEL WADE, hereby declare as follows:

1.     I am over 18 years of age and have been the Chief Operating Officer of Ontel Products Corporation ("Ontel"), the named defendant in the above-captioned matter, since 2004. I oversee Ontel's finance and logistics departments, have personal knowledge of all facts addressed herein, and am competent to testify if called upon to do so.

2.     I am submitting this declaration in support of Ontel's Reply in Support of Its Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(3) or, in the Alternative, to Transfer Venue Pursuant to 28 U.S.C. § 1406(a).

3.     Ontel is a New Jersey corporation, with its principal and only place of business in the state of New Jersey. Ontel does not reside in the state of California.

4.     Ontel has no office, employees, sales representatives, agents, fulfillment centers, storage facilities, or physical place(s) of business in this District, or the state of California.

5.     Ontel does not own, rent, use, or lease any property located in the state of California.  Ontel does not own or control and is not affiliated with any stores, facilities or real property located in the state of California.

6.     To the best of my knowledge, the facility located at 12154 Montague Street, Pacoima, CA 91331 ("the Facility") is a third-party warehouse and fulfillment center.

7.     The Facility was, and presumably still is, used by many different entities to store many different types of goods.

8.     Ontel used this Facility until sometime in 2007. Today, in lieu of the Facility, Ontel uses its New Jersey facility and rents warehouse space from World Pack, USA in Las Vegas, Nevada. Ontel does not store materials at a location in this district.

9.     At most, Ontel would have, at the time, paid a fee for the service rendered at the Facility, e.g., storage, west coast shipping, DRTV shipping.

10.     Ontel never owned, rented, leased or controlled the Facility, employed individuals in the Facility, or shared in the Facility's profits.  The Facility was not, and has never been, an Ontel facility.

11. Furthermore, Ontel does not exercise the business practices of leasing, managing or controlling store shelves in this District. Ontel does not control the placement, sales, maintenance and/or management of its products in any third party retail location.

12. Therefore, Ontel has no physical presence in the state of California.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 10th day of June 2020.

Michael Wade

4823-1721-3119 v3 [64944-1533]